IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **MELISSA WILLIAMS** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION 405-020** |
| | ) | |
| **HAMPTON ISLAND** | ) | |
| **PRESERVATION, LLC** | ) | |

## ORDER

The Court has been advised that the case set forth above has been settled. Accordingly, this case is **DISMISSED WITH PREJUDICE**, except that the Court expressly retains jurisdiction to enforce any settlement the parties may care to file, under seal if so desired, within thirty (30) days of the date this Order is filed. **See Kokkonen v. Guardian Life Ins. Co. of America**, 511 U. S. 375, 114 S. Ct. 1673 (1994).

Failure to so file shall signify that the parties do not consent to this Court's retention of jurisdiction to enforce their settlement.

**SO ORDERED** this ___18th___ day of _____May_____, 2005

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia

```
                    U.S. District Court
            Southern District of Georgia (Savannah)

              CIVIL DOCKET FOR CASE #: 05-CV-20
```

Williams v. Hampton Island, et al                        Filed: 02/09/05
Assigned to: Judge B. Avant Edenfield
Demand: $0,000                              Nature of Suit: 440
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in St. Court-Chatham : is STCV05-00045

Cause: 42:1983 Civil Rights Act    *Serie D*

| | |
|---|---|
| MELISSA WILLIAMS<br>    plaintiff | Alan Stewart Lowe<br>912/234-4190(fax)<br>[COR LD NTC]<br>Buchsbaum & Lowe, LLP<br>311 W. Broughton St.<br>Savannah, GA 31401-3215<br>912/234-2581 |
| v. | |
| HAMPTON ISLAND PRESERVATION,<br>LLC<br>    defendant | N. Kenneth Daniel<br>706/860-4757(fax)<br>[COR LD NTC]<br>Daniel, Allgood & Lowe<br>P.O. Box 211790<br>2907 Professional Pkwy.<br>Augusta, GA 30917<br>706/860-3747<br><br>William R. Johnson<br>770/429-8631(fax)<br>[COR LD NTC]<br>Moore, Ingram, Johnson & Steele,<br>LLP<br>192 Anderson St.<br>Marietta, GA 30060<br>770/429-1499 |
| ZACHARY ZOUL<br>    defendant | Wade Wilkes Herring, II<br>912/236-4936(fax)<br>[COR LD NTC]<br>Hunter, Maclean, Exley & Dunn,<br>PC<br>P.O. Box 9848<br>Savannah, GA 31412-0048<br>912/236-0261 |